UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RODNEY V. JOHNSON,

    Plaintiff,

v.    No. 04-2372-B/P

MENLO WORLDWIDE LOGISTICS,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held May 5, 2005. Present were Plaintiff, pro se, and David P. Jaqua, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): May 19, 2005

JOINING PARTIES: June 3, 2005

AMENDING PLEADINGS: June 3, 2005

INITIAL MOTIONS TO DISMISS: July 5, 2005

COMPLETING ALL DISCOVERY: November 4, 2005

    (a) DOCUMENT PRODUCTION: November 4, 2005

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: November 4, 2005

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: September 5, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

    (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT
INFORMATION:  October 5, 2005

    (3) EXPERT WITNESS DEPOSITIONS:  November 4, 2005

FILING DISPOSITIVE MOTIONS:  December 2, 2005

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date.  All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury trial.  The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.  It is anticipated that the trial will last approximately one day.

    This case is not appropriate for ADR.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter.  Neither party may file an additional reply, however, without leave of the court.  If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    The parties have not consented to trial before the magistrate judge.

    This order has been entered after consultation with trial counsel pursuant to notice.  Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
**United States Magistrate Judge**

___5/5/05_____
**Date**

MEMPHIS 164260v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02372 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Rodney V. Johnson
1176 Elder Rd.
Mphs, TN

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT