IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RODNEY V. JOHNSON,

    Plaintiff,

v.                                 No. 04-2372 B

MENLO WORLDWIDE LOGISTICS,

    Defendant.

---

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED
AND CASE DISMISSED FOR FAILURE TO PROSECUTE

---

This lawsuit brought by the pro se Plaintiff, Rodney V. Johnson, was removed to this Court on May 18, 2004. On September 9, 2005, the Defendant, Menlo Worldwide Logistics, moved for summary judgment as to all claims alleged by the Plaintiff. According to the Court's docket, no response has been filed by Johnson, even though the deadline for such response has expired.[1] Indeed, no action whatever has been taken in this case since the motion was filed.

Accordingly, the Plaintiff is hereby directed, within fifteen (15) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in the granting of the pending motion and dismissal of this lawsuit with prejudice for failure to prosecute.

---

[1] Under the Local Rules of this district, responses to motions for summary judgment "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-18-05

IT IS SO ORDERED this 17th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02372 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Michael D. Fitzgerald
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Rodney V. Johnson
1176 Elder Rd.
Mphs, TN

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT